# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136705

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LYNN NEIL JACKSON,
      Defendant-Appellant.

SC: 136705
COA: 275086
Wayne CC: 05-010478-01

_____/

On order of the Court, the application for leave to appeal the April 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

Clerk

0915